UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOE HAND PROMOTIONS, INC.,

    Plaintiff,

v.                                        Case No:   6:22-cv-630-GAP-LHP

LEELAMMA JOLLY,

    Defendant

## ORDER

This cause comes before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 18) filed October 4, 2022.

On April 14, 2023, the United States Magistrate Judge issued a report (Doc. No. 20) recommending that the motion be granted in part and denied in part. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Motion for Default Judgment is **GRANTED IN PART AND DENIED IN PART**.

3. The Clerk is directed to enter default judgment in favor of Plaintiff and against the Defendant in the total amount of $10,767.00 which consists of: $2,200.00 in statutory damages under 47 U.S.C. § 605(e)(3)(C)(i)(II); $6,600.00 in enhanced statutory damages under 47 U.S.C. § 605(e)(3)(C)(ii); $1,500.00 in attorneys' fees and $467.00 in costs.

4. The motion is denied in all other respects.   The Clerk is directed to close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 2, 2023.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party